# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMISSION | § § § | |
| v. | § § § § | CIVIL ACTION NO. 3:20-CV-2988-S-BH |
| CLIFTON CURTIS SNEED | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 13]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Final Judgment by Default against Defendant Clifton Curtis Sneed, Jr. and Brief in Support [ECF No. 10], is **GRANTED**. A separate default judgment will be entered in favor of Plaintiff Securities and Exchange Commission against Defendant Clifton Curtis Sneed, Jr. a/k/a "Kaisan" Sneed.

**SO ORDERED.**

SIGNED September 27, 2021

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**